# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br>Jairin ANZALDUA-ERVIN<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:25-mj-285 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jairin ANZALDUA-ERVIN                                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Assault of a federal officer, 18 U.S.C. 111(a)(1)


Date: October 5, 2025

*Issuing officer's signature*: *Jolie A Russo*

City and state:   Portland, Oregon                          Jolie A. Russo, U.S. Magistrate Judge
                                                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/6/25, and the person was arrested on *(date)* 10/6/25
at *(city and state)* Portland, OR.

Date: 10/6/25

*Arresting officer's signature*

Inspector Tapis, Oliver
*Printed name and title*